1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5
6  Attorneys for Mr. Leyva-Torres
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj2411 |
| 12          Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 **IVAN LEYVA-TORRES,** | ) | |
| 15          Defendant. | ) | |

16
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18  James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19  the above-captioned case.
20                                         Respectfully submitted,
21  Dated: August 7, 2008                   *s/ James M. Chavez*
                                            Federal Defenders of San Diego, Inc.
22                                          *james_chavez@fd.org*

**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Leyva-Torres

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj2411 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PROOF OF SERVICE** |
| ) | |
| **IVAN LEYVA-TORRES**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: August 7, 2008

*s/ James M. Chavez*
**JAMES M. CHAVEZ**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
james_chavez@fd.org